## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JACQUES MESTAYER and THEODORE WONG** | * * * | **CIVIL ACTION NO. 19-14432** |
| | * | **SECTION: "E"** |
| **VERSUS** | * | **JUDGE MORGAN** |
| | * | |
| **THE CITY OF NEW ORLEANS** | * * * | **MAG. DIV. (3)** **MAGISTRATE JUDGE DOUGLAS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6), RULE 12(B)(1), AND RULE 9(B)

Defendant, the City of New Orleans (the "City"), moves this Honorable Court, pursuant to Rule 12(b)(6), Rule 12(b)(1), and Rule 9(b) of the Federal Rules of Civil Procedure, for dismissal of Plaintiffs' Second Amended Complaint and all prior complaints. As more fully explained in the accompanying memorandum in support, Plaintiffs' Second Amended Complaint fails to state a claim upon which relief may be granted. Upon dismissal of Plaintiffs' Second Amended Complaint, this Honorable Court should dismiss Plaintiffs' remaining state law claims for lack of supplemental jurisdiction. All claims in Plaintiffs' prior complaints should also be dismissed for failure to state a claim upon which relief may be granted and, in addition, Plaintiffs' fraud claim should be dismissed pursuant to Rule 9(b) for failure to plead fraud with particularity.

**WHEREFORE**, the City prays that its Motion to Dismiss be granted and Plaintiffs' Second Amended Complaint and all prior complaints be dismissed. All claims that the Court exercises jurisdiction over should be dismissed with prejudice at Plaintiffs' cost.

/ / /

/ / /

/ / /

                                        Respectfully submitted,

| | |
|---|---|
| **MICHAEL J. LAUGHLIN (#01668)** | */s/ James M. Garner* |
| ASSISTANT CITY ATTORNEY | **JAMES M. GARNER (#19589) T.A.** |
| **CHURITA H. HANSELL (#25694)** | **DEBRA J. FISCHMAN (#5578)** |
| CHIEF DEPUTY CITY ATTORNEY | **STUART D. KOTTLE (#37194)** |
| **DONESIA D. TURNER (#23338)** | SHER GARNER CAHILL RICHTER |
| SR. CHIEF DEPUTY CITY ATTORNEY |     KLEIN & HILBERT, L.L.C. |
| **SUNNI J. LEBEOUF (#28633)** | 909 Poydras Street, 28th Floor |
| CITY ATTORNEY | New Orleans, Louisiana 70112-1033 |
| 1300 Perdido Street | Telephone: (504) 299-2100 |
| City Hall-Room 5E03 | Facsimile: (504) 299-2300 |
| New Orleans, Louisiana 70112 | E-mail: jgarner@shergarner.com |
| Telephone: (504) 658-9800 |        dfischman@shergarner.com |
| Facsimile: (504) 658-9868 |        skottle@shergarner.com |
| E-mail: mjlaughlin@nola.gov | |
|        chhansell@nola.gov | |
|        donesia.turner@nola.gov | |
|        sunni.lebeouf@nola.gov | |
| | IKE SPEARS (#17811) |
| | **SPEARS & SPEARS** |
| | 909 POYDRAS STREET, SUITE 1825 |
| | NEW ORLEANS, LA 70112 |
| | Telephone No: (504) 593-9500 |
| | Telecopier No: (504)523-7766 |
| | E-mail: ike@spearslaw.com |

                          *Attorneys for City of New Orleans*