UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACQUES MESTAYER, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 19-14432 |
| CITY OF NEW ORLEANS,<br>    Defendant | SECTION "E" (3) |

### J U D G M E N T

Considering the Court's Orders and Reasons entered June 23, 2020,[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant City of New Orleans and against Plaintiffs Jacques Mestayer and Theodore Wong.

**New Orleans, Louisiana, this 23rd day of June, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 48.