UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACQUES MESTAYER, ET AL.,**     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-14432** |
| **CITY OF NEW ORLEANS,**     **Defendant** | **SECTION: "E" (3)** |

## AMENDED JUDGMENT

Considering the Court's Order and Reasons entered June 23, 2020,[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' federal mail and wire fraud claims and procedural and substantive due process claims under § 1983 against the City are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' state law unjust enrichment and fraud claims against the City are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 3rd day of September, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 48.